In the Matter of the Application of THE CITY OF NEW YORK Relative to Acquiring Title Wherever the Same Has Not Been Heretofore Acquired for the Purpose

of Establishing Thereon a Public Beach to All Land and Land under Water Not Heretofore Acquired by the City of New York for Park Purposes Extending from Jacob Riis Park to the Westerly Line of Beach 2nd Street, Far Rockaway, in the Borough of Queens, City of New York, Laid Out as a Public Beach upon the Map or Plan, City of New York, by Resolution and Adopted by the Board of Estimate and Apportionment of the City of New York February 29, 1924, and May 20, 1926, and June 3, 1926. NEPONSIT PROPERTY OWNERS' ASSOCIATION, INC., Appellant; CITY OF NEW YORK, Respondent.— Appeal from that part of the supplemental, amended and additional final decree in a condemnation proceeding which awards substantial damages to the claimant, Neponsit Property Owners' Association, Inc., for the property designated as parcel No. 2. Decree unanimously affirmed, in so far as appealed from, with costs. No opinion. Present — Lazansky, P. J., Davis, Adel, Taylor and Close, JJ.